UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

QUANDELL SWANSON

                Plaintiff,                         **ORDER**

    -against-                            23 Civ. 2817 (AEK)

TWO 7 THREE KITCHEN CORP., *et al.*,

                Defendants.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The parties have consented to my jurisdiction over all proceedings in this matter. ECF No. 20. The matter has been referred to the Court's mediation program, and a mediation conference is scheduled to take place on August 15, 2023. The parties are directed to file a status update letter within one week of the mediation conference, *i.e.*, by no later than **August 22, 2023**.

      If either party believes that there is an issue that requires the Court's attention prior to the mediation conference, that party should submit a letter to the Court via ECF describing the issue and requesting that a conference be scheduled.

Dated: June 26, 2023
       White Plains, New York

                                                  **SO ORDERED.**

                                       _____
                                       ANDREW E. KRAUSE
                                       United States Magistrate Judge